OPINION — AG — ** SCHOOL DISTRICTS — CAMPAIGN MATERIAL ** EXPENDITURE OF PUBLIC FUNDS TO INFLUENCE THE OUTCOME OF SCHOOL MILLAGE ELECTION IS PROHIBITED BY THE TERMS OF 26 O.S. 1974 Supp., 16-119 [26-16-119] (SCHOOL FINANCING, SCHOOL ELECTIONS) CITE: ARTICLE V, SECTION 5, ARTICLE X, SECTION 9(D), ARTICLE X, SECTION 9(B), ARTICLE X, SECTION 10 (WILLIAM W. GORDEN JR) ** MODIFIED BY OPINION NO. 91-027 (1992) ** ** SEE OPINION NO. 92-609 (1992) ** SEE OPINION NO. 95-014 (1996) **